1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELE BECKWITH
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00226-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING INDICTMENT |
| LUCIO MOLINA-PEREZ, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case be dismissed against defendant in the interest of justice.

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1